# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1157**                                              **September Term, 2022**

                                                                            **EPA-88FR36654**

                                                        **Filed On:** July 27, 2023

State of Utah, by and through its Governor,
Spencer J. Cox, and its Attorney General,
Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 23-1181, 23-1183,
23-1190, 23-1191, 23-1193

    **BEFORE:** Wilkins, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for a stay pending review and for an administrative stay in No. 23-1183, the opposition to the request for an administrative stay, and the reply; and the motion for an extension of time in No. 23-1157, it is

**ORDERED** that the motion for an administrative stay be denied. It is

**FURTHER ORDERED** that respondents' oppositions to the motions for a stay pending review in No. 23-1157 and No. 23-1183 are now due August 18, 2023. Any reply is due August 25, 2023.

## Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Tatiana Magruder
            Deputy Clerk