# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-1157**  **September Term, 2022**

**EPA-88FR36654**

**Filed On: July 31, 2023** [2010300]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 23-1199 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 30, 2023 |
| Statement of Issues to be Raised | August 30, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form