# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1157**                                            **September Term, 2022**

EPA-88FR36654

**Filed On:** August 9, 2023

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City of New York, et al.,
      Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211

**O R D E R**

      Upon consideration of the motion to extend time to file responses to motions to stay and to exceed the word limit, and the motion to suspend the briefing schedule for the motion to stay in No. 23-1157, it is

      **ORDERED** that the motion to suspend the briefing schedule for the motion to stay in No. 23-1157 be granted. Briefing on the motion is suspended pending further order of the court. It is

      **FURTHER ORDERED** that the motion to extend time to file responses to motions to stay be granted. Respondents' opposition to the motions to stay in Nos. 23-

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 23-1157**                                                    **September Term, 2022**

1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, and 23-1202 is due August 18, 2023. Any reply is due August 25, 2023. It is

      **FURTHER ORDERED** that consideration of the motion to exceed the word limit be deferred pending further order of the court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                  BY:    /s/
                                                Tatiana Magruder
                                                Deputy Clerk