# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1157**  **September Term, 2022**

EPA-88FR36654

Filed On: August 28, 2023 [2014400]

State of Utah, by and through its Governor,
Spencer J. Cox, and its Attorney General,
Sean D. Reyes,

      Petitioner

   v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City of New York, et al.,
      Intervenors

------------------------------

Consolidated with 23-1181, 23-1183,
23-1190, 23-1191, 23-1193, 23-1195,
23-1199, 23-1200, 23-1201, 23-1202,
23-1203, 23-1205, 23-1206, 23-1207,
23-1208, 23-1209, 23-1211

## O R D E R

Upon consideration of respondents' unopposed motion to extend time to respond to stay motion, it is

**ORDERED** that the motion for extension of time be granted. Any motions to stay in Nos. 23-1200, 23-1201, 23-1203, 23-1206, 23-1208, 23-1209, and 23-1211 are due September 5, 2023. Consolidated oppositions to the motion to stay in No. 23-1207 and any motions to stay in Nos. 23-1200, 23-1201, 23-1203, 23-1206, 23-1208, 23-1209,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                                                     **September Term, 2022**

and 23-1211 are due September 22, 2023.  Respondents must file a consolidated opposition to the motions to stay, and respondent-intervenors may file up to two consolidated oppositions.  Any replies are due September 29, 2023.

                                                                                **FOR THE COURT:**
                                                                                Mark J. Langer, Clerk

                                  BY:    /s/
                                                              Louis Karl Fisher
                                                              Deputy Clerk