# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1157**  **September Term, 2023**

EPA-88FR36654

**Filed On:** September 25, 2023

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City of New York, et al.,
      Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211

**BEFORE:** Pillard, Walker*, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motions for stay in Nos. 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1202, and 23-1205, the oppositions thereto, the replies, and the amicus briefs, it is

**ORDERED** that the motions for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556

* Judge Walker would stay the federal implementation plan in question.

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2023** |

U.S. 418, 434 (2009); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021).

**<u>Per Curiam</u>**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                   Tatiana Magruder
                                   Deputy Clerk