No. 23-1211 (and consolidated cases)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**ARKANSAS LEAGUE OF GOOD NEIGHBORS,**
Petitioner,

*v.*

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;**
**MICHAEL S. REGAN,** in his official capacity as Administrator, United States Environmental Protection Agency,
Respondents.

------------------------------

**CITY UTILITIES OF SPRINGFIELD, MISSOURI,**

Intervenor for Petitioner

------------------------------

**CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**

*Amicus Curiae* for Petitioner

---

**RULE 26.1 DISCLSOURE STATEMENT OF PETITIONER
ARKANSAS LEAGUE OF GOOD NEIGHBORS**

---

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1 of this Court, Petitioner Arkansas League of Good Neighbors ("ALGN") hereby files the following corporate disclosure statement:

1.  ALGN is a nonprofit association located in Arkansas and dedicated to advancing its members' interests in environmental and energy legal matters.

2. The parent companies of the corporation: **NONE**

3. Subsidiaries not wholly owned by the corporation: **NONE**

4. Any publicly held company that owns ten percent (10%) or more of the corporation: **NONE**

Dated:  January 17, 2024

Kelly M. McQueen
THE MCQUEEN FIRM, PLLC
12 Woodsong Drive
Roland, AR 72135
(501) 580-3291
kelly@themcqueenfirm.com

Respectfully submitted,

/s/ Elbert Lin
Elbert Lin
Kevin S. Elliker
David N. Goldman
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA  23219
(804) 788-8200
elin@HuntonAK.com
kelliker@HuntonAK.com
dgoldman@HuntonAK.com

F. William Brownell
E. Carter Chandler Clements
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC  20037
(202) 955-1500
bbrownell@HuntonAK.com
eclements@HuntonAK.com

*Counsel for Petitioner*
*Arkansas League of Good Neighbors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

      /s/ Elbert Lin