**ORAL ARGUMENT NOT YET SCHEDULED**

No. 23-1157 (consolidated with Nos. 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314 23-1315, 23-1316, 23-1317)

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES,

*Petitioner,*

*v.*

ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, U.S. EPA,

*Respondents.*

---

On Petitions for Review of a Final Rule
of the U.S. Environmental Protection Agency

---

**MOTION OF AMERICAN EXPLORATION AND PRODUCTION COUNCIL TO FILE BRIEF OF *AMICUS CURIAE***

---

JAMES E. OLSON
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3866
Email: jolson@jonesday.com

CHARLOTTE H. TAYLOR
BRETT J. WIERENGA
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Email: ctaylor@jonesday.com
Email: bwierenga@jonesday.com

*Counsel for Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 29(b), Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, the American Exploration and Production Council makes the following disclosures:

The American Exploration and Production Council is a District of Columbia nonprofit trade organization that represents the U.S. oil and gas industry before the national executive, legislative, and judicial branches of government. It has no parent corporation, and no publicly held company owns ten percent or more of its stock.

/s/ *Charlotte H. Taylor*
CHARLOTTE H. TAYLOR

# MOTION OF AMERICAN EXPLORATION AND PRODUCTION COUNCIL TO FILE BRIEF OF *AMICUS CURIAE*

The American Exploration and Production Council ("AXPC") respectfully moves under Federal Rule of Appellate Procedure 29(a) for leave to file the accompanying amicus brief in support of the Industry Petitioners in this consolidated case. *See* Joint Opening Brief of Industry Petitioners, No. 23-1157 (Apr. 1, 2024), Doc. 2047829. In support of this motion, AXPC states as follows:

1. AXPC is a national trade association representing 34 leading natural gas and oil exploration and production companies. AXPC's mission is to constructively and thoughtfully work for sound energy, environmental, and related domestic public policies that encourage the responsible exploration, development and production of natural gas and oil to meet the needs of consumers and fuel the nation's economy.

2. AXPC's members depend on the operation of natural-gas pipelines to deliver their production to market. Because producers' gas production must generally be delivered to customers in real time, any interruptions or curtailments in pipeline capacity can inflict severe economic consequences on producers and other pipeline customers. Producers therefore look to, and take a keen interest in, the consistent and reliable operation of natural-gas pipelines.

3. The attached *amicus* brief is desirable and relevant for purposes of

1

Rule 29, because AXPC can provide a unique perspective on the impact of EPA's rulemaking. Although the Industry Petitioners are positioned to discuss the practicability and effect of compliance on pipeline operations, AXPC can assist the court by providing additional detail regarding the significant harm that pipeline customers suffer when pipeline operations go awry. That detail in turn informs one of the legal issues before the Court, that is, whether the EPA failed to respond to significant comments or consider a significant aspect of the issue addressed by the Rule, which the proposed *amicus* brief likewise addresses. *See* Joint Opening Brief of Industry Petitioners, *supra*, at 77-81.

4. AXPC sought consent from the many petitioners, respondents, and intervenors party to this case under Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b). The following parties consented or had no objection to AXPC's filing: the United States; the States of Wisconsin, Utah, Ohio, Indiana, West Virginia, New York, Connecticut, Delaware, Illinois, Maryland, and New Jersey; the Commonwealths of Massachusetts and Pennsylvania; the District of Columbia; the City of New York; Harris County, Texas; the public interest respondent-intervenors[1]; the Interstate Natural Gas Association of America; the

---

[1] The public interest respondent-intervenors include Air Alliance Houston, Appalachian Mountain Club, Center for Biological Diversity, Chesapeake Bay Foundation, Citizen's for Pennsylvania's Future, Clean Air Council, Clean Wisconsin, Downwinders at Risk, Environmental Defense Fund, Louisiana

American Petroleum Institute; Kinder Morgan Inc.; TransCanada PipeLine USA Ltd; Energy Transfer LP; U.S. Steel; the Arkansas League of Good Neighbors; Union Electric Co; Buckeye Power; and Ohio Valley Electric Corporation. A few parties had not taken any position at the time of filing. No party expressed opposition.

5. This Court routinely considers the views of *amici* proffered in cases concerning major rulemaking actions by EPA. *See*, *e.g.*, *Am. Lung Ass'n v. EPA*, 985 F.3d 914, 922, 932 (D.C. Cir. 2021); *Am. Trucking Associations, Inc. v. EPA*, 175 F.3d 1027, 1032, 1055 (D.C. Cir. 1999).

6. This motion is timely filed within seven days of the Industry Petitioners' brief on April 1, 2024. *See* Fed. R. App. P. 29(a)(6).

7. Granting this motion would not unduly burden the parties and would not unduly delay the Court's consideration of the case.

For these reasons, AXPC respectfully requests that the Court grant leave to file its attached *amicus* brief.

---

Environmental Action Network, Sierra Club, Southern Utah Wilderness Alliance, and Utah Physicians for a Healthy Environment.


| | |
|---|---|
| April 8, 2024 | Respectfully submitted, |
| | /s *Charlotte H. Taylor* |
| JAMES E. OLSON | CHARLOTTE H. TAYLOR |
| JONES DAY | BRETT J. WIERENGA |
| 717 Texas, Suite 3300 | JONES DAY |
| Houston, Texas 77002 | 51 Louisiana Ave. N.W. |
| Telephone: (832) 239-3866 | Washington, DC 20001 |
| Email:jolson@jonesday.com | Telephone: (202) 879-3939 |
| | Email: ctaylor@jonesday.com |
| | Email: bwierenga@jonesday.com |
| | *Counsel for Amicus Curiae* |

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 597 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and D.C. Cir. R. 32(e)(1).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.


April 8, 2024                                  /s/ *Charlotte H. Taylor*
                                               CHARLOTTE H. TAYLOR

                                               *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of April, 2024, I electronically filed the original of the foregoing document with the clerk of this Court by using the CM/ECF system, which will serve the counsel for all parties at their designated electronic mail addresses.

April 8, 2024

/s/ *Charlotte H. Taylor*
CHARLOTTE H. TAYLOR

*Counsel for Amicus Curiae*