**Nos. 23-1157, 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 12-1209, 23-1211**

# In the United States Court of Appeals for the District of Columbia Circuit

STATE OF UTAH, *ET AL.*,

*PETITIONERS,*

V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *ET AL.*,

*RESPONDENTS.*

On Petitions for Review of Final Agency Action
of the United States Environmental Protection Agency
88 Fed. Reg. 36,654 (June 5, 2023)

**THE CHAMBER OF COMMERCE OF
THE UNITED STATES OF AMERICA'S
MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Amicus curiae the Chamber of Commerce of the United States of America (the "Chamber") hereby applies, pursuant to Fed. R. App. P. 29(a)(3) and Circuit Rule 29(b), for leave to file the attached amicus curiae brief in support of Petitioners. As explained below, the Chamber has a significant interest in the outcome of this case and believes that the Court would benefit from its perspectives on the issues addressed in the attached brief.[1]

---

[1] No counsel for any party authored this brief in whole or in part, and no entity or person, aside from *amicus curiae*, its members, or its counsel, made any monetary contribution intended to fund the preparation or submission of

## Interest of Amicus Curiae

The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than three million companies and professional organizations of every size, in every industry sector, and from every region of the country. An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts. To that end, the Chamber regularly files amicus curiae briefs in cases, like this one, that raise issues of concern to the nation's business community. The Chamber regularly files *amicus curiae* briefs in this Court.

The Chamber's members include a wide range of businesses that are subject to the EPA's *Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards*, 88 Fed. Reg. 36,654 (June 5, 2023) ("Final Rule"), as well as many other businesses that depend on reliable and affordable energy and access to affordable concrete, steel, paper, and other commodities. The Chamber's *amicus* brief, which represents the broad perspective of the U.S. business community, highlights many of the costs and consequences that the EPA did not adequately consider when promulgating the Final Rule. Among other things, the Chamber's *amicus* brief explains that the Final Rule will contribute to instability in the electric grid, decrease the availability of reliable energy, harm America's supply chain, hinder

_____

this brief.

major infrastructure projects, jeopardize national security, and increase unemployment.

Accordingly, the Chamber respectfully requests that this Court accept and file the attached amicus brief.


DATED: April 8, 2024

/s/ *Robert E. Dunn*
ROBERT E. DUNN
  *COUNSEL OF RECORD*
EIMER STAHL LLP
1999 S. Bascom Ave.
Suite 1025
Campbell, CA 95008
(408) 889-1690
rdunn@eimerstahl.com

ANDREW R. VARCOE
MARIA C. MONAGHAN
U.S. CHAMBER
LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

*/s/ Robert E. Dunn*
Robert E. Dunn