# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1157**  September Term, 2023

EPA-88FR36654

**Filed On:** May 16, 2024

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

  v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

    **BEFORE:** Wilkins, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to intervene filed by Arizona Public Service Company and Salt River Project Agricultural Improvement and Power District, the responses in opposition thereto, and the reply, it is

**ORDERED** that the motion for leave to intervene be denied. Movants have not shown good cause for the untimely filing of their motion. See Fed. R. App. P. 15(d); Fed. R. App. P. 26(b).

**Per Curiam**