IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br><br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator,<br><br>Respondents. | On Petition for Review of Final Action of the United States Environmental Protection Agency<br><br>Case No. 23-1157<br>(and consolidated cases) |

**UNOPPOSED MOTION BY GRID EXPERTS BENJAMIN F. HOBBS, BRENDAN KIRBY, KENNETH J. LUTZ, & SUSAN F. TIERNEY FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29(b) and D.C. Circuit Rule 29(b), Benjamin F. Hobbs, Brendan Kirby, Kenneth J. Lutz, and Susan F. Tierney (collectively, "Grid Expert *Amici*") respectfully move for leave to participate as *amici curiae* in support of the Respondents Environmental Protection Agency ("EPA") and Michael S. Regan, EPA Administrator.

Grid Expert *Amici* consulted with the parties to these consolidated cases regarding this motion. Counsel for the federal respondents and for environmental non-governmental organization respondent-intervenors have provided the consent of their clients to this motion, as did counsel for several other movant intervenors in support of federal respondents, including: the States of New York, Connecticut, Delaware, Illinois, Maryland, New Jersey, and Wisconsin; the Commonwealths of Massachusetts and Pennsylvania; the District of Columbia; the City of New York; and Harris County, Texas. Additionally, counsel for all other parties stated that their clients did not oppose this motion or took no position as to this motion.

In support of this motion, Grid Expert *Amici* state as follows:

1. Grid Expert *Amici* have expertise in the operation, regulation, and reliability of the U.S. power system; grid structure, economics, and modernization; integration of renewable energy generation; and power-system reliability and planning.

2. Benjamin Hobbs is the Theodore M. and Kay W. Schad Professor in Environmental Management in the Department of Environmental Health and Engineering at Johns Hopkins University ("JHU"). He has a joint appointment in the Department of Applied Mathematics and Statistics, and is Global Director of the Electric Power Innovation for a Carbon-free Society, a multi-country research center supported by the National Science Foundation. He is also on the Leadership Council

of the JHU O'Connor Sustainable Energy Institute. His research focuses on electric power and energy market planning, risk analysis, and environmental and energy systems analysis and economics. He is Chair of the California Independent System Operator Market Surveillance Committee and a Fellow of Life Fellow at the Institute of Electrical and Electronics Engineers and the Institute of Operations Research and Management Science. He was also a consultant to the PJM Independent System Operator and developed the methodology it uses to create its capacity market demand curve as part of its original Reliability Pricing Model. From 1995 to 2002, he was consultant to the Federal Energy Regulatory Commission's Office of the Economic Advisor. He holds a Ph.D. in Environmental Systems Engineering from Cornell University.

3. Brendan Kirby is a private consultant with clients including the Hawaii Public Utilities Commission, Grid Lab, National Renewable Energy Laboratory, Energy Systems Integration Group, Electric Power Research Institute, American Wind Energy Association, Oak Ridge National Laboratory, and others. He has forty-nine years of electric grid experience, and has published over 180 papers, articles, book chapters, and reports on power system reliability and integrating renewable energy generation into the power grid. He was a member of the North American Electric Reliability Corporation's Essential Reliability Services Task Force, and previously served on its Standards Committee. He retired from the Oak Ridge

3

National Laboratory's Power Systems Research Program. He is a Licensed Professional Engineer with an M.S. degree in Electrical Engineering (Power Option) from Carnegie Mellon University and a B.S. in Electrical Engineering from Lehigh University.

4. Kenneth J. Lutz is an Affiliated Professor in the Department of Electrical and Computer Engineering at University of Delaware, where he does research and teaches specially designed courses on the modernization of the electric grid. He has decades of experience in the regulation of utilities. He founded AMR Strategies, LLC, to help utilities modernize their grids. Previously, he served as an IEEE/American Association for the Advancement of Science Congressional Fellow for United States Senator Ron Wyden, where he played a key role in drafting federal legislation for renewable energy and energy efficiency. He has a Ph.D. in electrical engineering from the Johns Hopkins University and a B.E.E. from the University of Delaware.

5. Susan Tierney is a Senior Advisor at Analysis Group. She is an expert on energy economics, regulation, and policy, particularly in the electric and gas industries. She has consulted to and been an expert witness on behalf of businesses, federal and state governments, tribes, environmental groups, energy consumers, foundations, and other organizations on energy markets, economic and environmental regulation and strategy, and energy projects. Previously, she served

as the Assistant Secretary for Policy at the U.S. Department of Energy. She was the Secretary of Environmental Affairs in Massachusetts, a Commissioner at the Massachusetts Department of Public Utilities, and Executive Director of the Massachusetts Energy Facilities Siting Council. Dr. Tierney has authored numerous articles and spoken frequently at industry conferences. She serves on a number of boards and advisory committees, including chairing the Board of Resources for the Future and chairing the National Academies' Board on Energy and Environmental Systems. She is a member of the advisory councils at the New York University's Institute for Policy Integrity and the New York Independent System Operator. She was a member of several of National Academies' expert committees, including on The Future of Electric Power in the U.S. (2021) and Enhancing the Resilience of the Nation's Electric Power Transmission and Distribution System (2017). She previously chaired the Department of Energy's Electricity Advisory Committee and served on the U.S. Secretary of Energy Advisory Board and the U.S. Environmental Protection Agency's Clean Air Act Advisory Council. She earned her Ph.D. and M.A. in regional planning at Cornell University and her B.A. at Scripps College.

6. On June 5, 2023, EPA published its final version of the "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards, which sets forth the federal implementation plan for nitrogen oxides attainment under the Clean Air Act, 42 U.S.C. § 7401 *et seq*. 88 Fed. Reg. 36,654 (June 5, 2023).

Petitioners have filed these consolidated cases seeking judicial review of the Good Neighbor Plan.

7. Grid Expert *Amici* have an interest in the integrity and reliability of electricity infrastructure, and the efficiency of its management and regulation. Grid Expert *Amici* believe that the Good Neighbor Plan poses no material threat to grid reliability and is consistent with the twin aims of the grids: power reliability and affordability for all consumers.

8. Grid Expert *Amici* seek leave to participate as *amici curiae* in this proceeding so that they may aid the Court in understanding the unique physical features of electricity and the electric grids, and the relevance of those features to the rule at issue in this case. Grid Expert *Amici* would also aim to clarify what they see as common misunderstandings and confusion about how electric grids function, and why. Petitioners have raised arguments about the effect of the Good Neighbor Plan on grid operations and on grid reliability. *See, e.g.*, Opening Br. of Industry Pet'rs at 82. Grid Expert *Amici* are well positioned to offer perspectives on maintenance of electric reliability, grid management, and how the power system responds to pollution controls such as the Good Neighbor Plan. No other *amici* of which we are aware share these perspectives, or plan to address these specific issues.

9. D.C. Circuit Rule 29 permits the filing of a motion for leave to participate as *amici curiae* up to seven days after the filing of the principal brief of

the party being supported, but encourages the filing of a notice of intent as soon as practicable. Grid Expert *Amici* are filing this motion as soon as practicable.

10. If permitted to file an *amicus* brief, Grid Expert *Amici* would file a document within the briefing schedule established by this Court for all briefs and within any proscribed word limitations.

WHEREFORE, the proposed Grid Expert *Amici* respectfully request leave to file a brief of *amici curiae* pursuant to the schedule and any other direction, including word limitations, established by the Court.

Respectfully submitted,

*/s/ Cara Horowitz*

| | |
|---|---|
| WILLIAM BOYD<br>UCLA School of Law<br>405 Hilgard Avenue<br>Los Angeles, CA 90095<br>Tel: (202) 294-2099<br>boyd@law.ucla.edu | CARA HOROWITZ<br>D.C. Circuit Bar No. 56629<br>RUTH LAZENBY<br>JULIA STEIN<br>Frank G. Wells Environmental Law Clinic<br>UCLA School of Law<br>405 Hilgard Avenue<br>Los Angeles, CA 90095<br>Tel: (310) 206-4033<br>horowitz@law.ucla.edu<br><br>*Counsel for* Amici Curiae |

Dated: June 24, 2024

# CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rules of Appellate Procedure 27(d)(1)&(2) and 29(b) and D.C. Circuit Rule 29(c) because it meets the proscribed format requirements, does not exceed 20 pages, and is being filed as promptly as practicable after the case was docketed in the Court. This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

                                                */s/ Cara Horowitz*
                                                Cara Horowitz

Dated: June 24, 2024

## CERTIFICATE AS TO PARTIES AND *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 28(a)(1)(A), counsel certifies as follows: except for the Grid Expert *Amici*, all parties, intervenors, and *amici* appearing in this Court are, to the best of my knowledge, listed in the Joint Certificate as to Parties, Rulings, and Related Cases and Respondent EPA's Initial Brief, ECF No. 2060371.

                                                          */s/ Cara Horowitz*
                                                          Cara Horowitz

Dated: June 24, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of June, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system, which will send notice of such filing to all counsel who are CM/ECF registered users.

                                                    */s/ Cara Horowitz*
                                                       Cara Horowitz

Dated: June 24, 2024