ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STATE OF UTAH, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 23-1157, and |
| | ) | consolidated cases |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Respondents | ) | |
| _____ | ) | |
| | ) | |
| U.S. STEEL, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 24-1172, and |
| | ) | consolidated case |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Respondents | ) | |
| _____ | ) | |

**NOTICE OF ERRATA REGARDING MOTION TO CONSOLIDATE CASES, FOR EXPEDITED CONSIDERATION, AND TO ESTABLISH A BRIEFING SCHEDULE**

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that Respondents file this Errata to correct the inadvertent error of identifying "Virginia," rather than "West Virginia," among the

State Petitioners opposing EPA's Motion to Consolidate Cases, for Expedited Consideration, and to Establish a Briefing Schedule (23-1157 Document No. 2063227 and 24-1172 Document No. 2063231).

DATE: July 8, 2024

OF COUNSEL:

DANIEL P. SCHRAMM
KYLE DURCH
ROSEMARY H. KABAN
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Elisabeth H. Carter*
CHLOE H. KOLMAN
ELISABETH H. CARTER
ZOE PALENIK
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141
elisabeth.carter@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

    I hereby certify that this Notice of Errata complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

                                           */s/ Elisabeth H. Carter*
                                           ELISABETH H. CARTER

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of July, 2024, the foregoing Notice of Errata was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause of copy of this Notice to be served upon all attorneys of record in this matter.

                                           */s/ Elisabeth H. Carter*
                                           ELISABETH H. CARTER