# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1157**                    **September Term, 2023**

EPA-88FR36654

**Filed On:** July 8, 2024

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,

    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

## O R D E R

Upon consideration of the unopposed motions for leave to participate as amicus curiae in support of respondents filed by Benjamin F. Hobbs, Brendan Kirby, Kenneth J. Lutz, and Susan F. Tierney; Paul Miller, Russell Dickerson, Arlene Fiore, and Tracey Holloway; the American Thoracic Society and American Lung Association; the Institute for Policy Integrity at New York University School of Law; and Robert Perciasepe; and the lodged briefs amici curiae, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged amicus briefs.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

            BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk