# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Buckeye Power, et al.

v.

EPA, et al.

**Case No:** 23-1317

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Buckeye Power, Inc.

Ohio Valley Electric Corporation

### Counsel Information

**Lead Counsel:** Michael E. Born

**Direct Phone:** (614) 628-4415  **Fax:** (614) 463-1108  **Email:** mborn@shumaker.com

**2nd Counsel:** Cheri A. Budzynski

**Direct Phone:** (419) 321-1332  **Fax:** (614) 463-1108  **Email:** cbudzynski@shumaker.com

**3rd Counsel:** Krystina Garabis

**Direct Phone:** (614) 628-4426  **Fax:** (614) 463-1108  **Email:** kgarabis@shumaker.com

**Firm Name:** Shumaker, Loop & Kendrick, LLP

**Firm Address:** 41 S High Street, Suite 2400, Columbus, Ohio 43215

**Firm Phone:** (614) 463-9441  **Fax:** (614) 463-1108  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)