**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| STATE OF UTAH, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 23-1157, and |
| | ) | consolidated cases |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) | |
| | ) | |
| Respondents | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO EXTEND REPLY DEADLINE**

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), respectfully request that this Court extend the deadline for replies to the Joint Response in Opposition, ECF 2070323, by seven days, until August 29, 2024. Counsel for EPA consulted with counsel for Petitioners, Petitioner-Intervenors, and Respondent-Intervenors, and was informed this request is unopposed, except that Petitioner-Intervenor City Utilities of Springfield takes no position.

This short extension request accounts for the fact that certain counsel and management at the U.S. Department of Justice and U.S. Environmental Protection Agency are on planned leave during the briefing window. The requested extension

would only briefly delay the Court's resolution of EPA's Motion for Partial Voluntary Remand, ECF 2068299, and no schedule is yet set for oral argument in this case. Accordingly, the requested extension will not prejudice any party or the Court. Briefing is ongoing in the related case *U.S. Steel v. EPA*, No. 24-1172 (and consolidated case) and would be unaffected by this request.

    WHEREFORE, EPA respectfully requests that the Court extend the deadline for replies to Petitioners' Joint Response in Opposition by one week, until August 29th.

DATE:  August 19, 2024          Respectfully submitted,

                                 TODD KIM
                                 Assistant Attorney General

                                 */s/ Chloe H. Kolman*
                                 CHLOE H. KOLMAN
                                 ELISABETH H. CARTER
                                 ZOE PALENIK
                                 U.S. Department of Justice
                                 Environmental Defense Section
                                 P.O. Box 7611
                                 Washington, D.C. 20044
                                 (202) 514-9277
                                 chloe.kolman@usdoj.gov

                                 *Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion to Extend Reply Deadline complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify pursuant to Fed. R. App. P. 32(f) and (g) that this Motion contains 190 words, excluding exempted portions, according to the count of Microsoft Word, and that this Motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d).

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2024, the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause of copy of this Notice to be served upon all attorneys of record in this matter.

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN