# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1157**                          **September Term, 2023**

EPA-88FR36654

Filed On: August 21, 2024 [2071013]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

   v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
           Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

### O R D E R

Upon consideration of the unopposed motion to extend reply deadline, it is

    **ORDERED** that the motion be granted. The deadline to reply to the joint response to the motion for partial voluntary remand is now August 29, 2024.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                  BY:    /s/
                                                   Louis Karl Fisher
                                                   Deputy Clerk