**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____
|                                              )
|                                              )
STATE OF UTAH, et al.,            )
|                                              )
      Petitioners,              )
|                                              )
      v.                               )     Case No. 23-1157 and
|                                              )     consolidated cases
U.S. ENVIRONMENTAL PROTECTION  )
AGENCY, et al.,                      )
|                                              )
      Respondents.           )
|                                              )
_____)

**NOTICE OF ERRATA
REGARDING RESPONDENT EPA'S FINAL BRIEF**

Respondents United States Environmental Protection Agency, et al., ("EPA") hereby notify the Court that their final brief, in addition to including joint appendix citations, includes the following corrections of typographical errors in the initial brief filed on June 17, 2024:

| Statement of the Issues #4, page 4 | "the west" corrected to "the West" |
|---|---|
| Argument I.B, page 34 | "*Wisconsin*, 938 F.3d at 332 (citing *Smith v. Berryhill*, 139 S. Ct. 1765, 1779 (2019))" corrected to "*Wisconsin*, 938 F.3d at 332 (citing *Smith v. Berryhill*, 587 U.S. 471, 487-88 (2019))." |

| Argument III.A.2, page 84 | "2019 National Emissions Inventory TSD: Point Data Category ("Inventory TSD"), EPA-HQ-OAR-2021-0668-1003" corrected to "2019 National Emissions Inventory TSD: Point Data Category ("Inventory TSD"), EPA-HQ-OAR-2021-0668-1003 at 1-1" |
|---|---|
| Argument III.B.2.a, page 93 | "Screening Assessment 24 (Table A-3)" corrected to "Screening Assessment 25 (Table A-3)" |
| Argument III.B.4, page 103 | "Screening Assessment 6 n.21" corrected to "Screening Assessment 6-7 n.21" |
| Argument III.B.4, page 103 | "*Id.* at 806" corrected to "RTC 806" |
| Argument IV.A, page 125 | "the west" corrected to "the West" |
| Argument IV.A, page 126 | "the west" corrected to "the West" |
| Argument V, page 135 | "Inventory TSD 157" corrected to "Preparation of Emissions Inventories TSD, EPA-HQ-OAR-2021-0668-1000 at 157" |

DATED: August 22, 2024               Respectfully submitted,

 

TODD KIM
*Assistant Attorney General*

/s/ Chloe H. Kolman
CHLOE H. KOLMAN
ELISABETH H. CARTER
Of Counsel:                          ZOE PALENIK
Environment and Natural Resources Division
DANIEL P. SCHRAMM                    U.S. Department of Justice
KYLE DURCH                           Post Office Box 7611
ROSEMARY H. KABAN                    Washington, D.C. 20044
U.S. Environmental Protection Agency (202) 514-9277
Office of General Counsel            chloe.kolman@usdoj.gov
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460               *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing Notice of Errata with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
