# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2023** |
| | **EPA-88FR36654** |
| | **Filed On: August 26, 2024** [2071848] |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

## O R D E R

Upon consideration of the joint unopposed motion for leave to file a supplemental joint deferred appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental joint deferred appendix.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                        BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk