# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1157**            **September Term, 2024**

EPA-88FR36654

**Filed On:** September 12, 2024

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
            Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

      **BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for partial voluntary remand without vacatur, the opposition thereto, and the reply, it is

**ORDERED** that the record be remanded to permit the Environmental Protection Agency to further respond to comments in the record related to the severability of the Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality

Standards (June 5, 2023).  See D.C. Cir. Rule 41(b).  Only the record, and not the case, is remanded, and the rule is not vacated.  It is

      **FURTHER ORDERED** that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings in these cases within 30 days after completion of the proceedings on remand or December 30, 2024, whichever is earlier.

## Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

             BY:   /s/
                       Selena R. Gancasz
                       Deputy Clerk