**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents | No. 23-1157, and consolidated cases |

**RESPONDENTS' OPPOSITION TO MOTION TO EXTEND ABEYANCE**

Yesterday, petitioners Ohio, Indiana, Kentucky, and West Virginia moved this Court to extend the existing abeyance of these consolidated cases. *See* ECF 2081800. Respondents ("EPA") write to inform the Court that they oppose these petitioners' request. EPA does not believe a new abeyance order is necessary as this case is presently in abeyance, and the parties can address further abeyance as needed when the present order expires. Moreover, it is presently speculative whether the Supreme Court will grant the interlocutory petition for certiorari underlying these petitioners' request. Assessing the need for further abeyance if and when circumstances change would allow the parties and the Court to tailor any further requests concerning the governance of these petitions to those specific

circumstances, rather than speculate now as to what may be appropriate at some later date.

| | |
|---|---|
| DATE:  October 25, 2024 | Respectfully submitted, |
| | TODD KIM<br>Assistant Attorney General |
| | */s/ Chloe H. Kolman*<br>CHLOE H. KOLMAN<br>ELISABETH H. CARTER |
| OF COUNSEL: | ZOE PALENIK<br>U.S. Department of Justice |
| DANIEL P. SCHRAMM<br>KYLE DURCH<br>ROSEMARY H. KABAN<br>Office of General Counsel<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 598-3141<br>elisabeth.carter@usdoj.gov<br><br>*Counsel for Respondents* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify pursuant to Fed. R. App. P. 32(f) and (g) that this response contains 134 words, excluding exempted portions, according to the count of Microsoft Word, and that this response complies with the type-volume limitation set forth in Circuit Rule 27(d).

                                                */s/ Chloe H. Kolman*
                                                CHLOE H. KOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2024, the foregoing response was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause of copy of this response to be served upon all attorneys of record in this matter.

                                                */s/ Chloe H. Kolman*
                                                CHLOE H. KOLMAN