# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2024** |
| | EPA-88FR36654 |
| | Filed On: November 1, 2024 [2083296] |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,

    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

# O R D E R

    Upon consideration of the motion to extend abeyance, the opposition, and the reply, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to address any requests for continued abeyance in the motions to govern future proceedings that are filed pursuant to the court's September 12, 2024 order.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY: /s/
                          Louis Karl Fisher
                          Deputy Clerk