

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*      *Telephone (202) 598-3141*
*P.O. Box 7611*      *Facsimile (202) 514-8865*
*Washington, DC 20044*

January 13, 2025

*VIA CM/ECF*
Office of the Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse and
William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

    **Re: *State of Utah v. EPA,* No. 23-1157 & Consolidated Cases**
    Federal Rule of Appellate Procedure 28(j) letter regarding denial of certiorari in *Ohio v. EPA*, No. 24-450

Dear Clerk of Court,

    On January 13, 2025, the Supreme Court denied the State of Ohio's petition for certiorari in *Ohio v. EPA*, 24-450. The petition challenged this Court's remand of the record to EPA in *Utah* and consolidated cases (ECF 2074472). EPA notified this Court that it completed proceedings on remand on December 4, 2024 (ECF 2088052) and filed a motion to govern on December 13, requesting that this Court bring these cases out of abeyance and proceed to supplemental briefing (ECF 2089570). To the extent Petitioners' request to keep these cases in abeyance was predicated on awaiting the Supreme Court's action on their petition for certiorari, *see, e.g.*, ECF 2091246, at 6-7, 11, that issue is now resolved. The Supreme Court's denial further supports EPA's position that proceeding with supplemental briefing is the appropriate next step.

                                      Respectfully submitted,

                                      TODD KIM
                                      Assistant Attorney General
                                      Environment and Natural Resources

Division

/s/ *Elisabeth H. Carter*
ELISABETH H. CARTER
ZOE B. PALENIK
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3141 (Carter)
Elisabeth.carter@usdoj.gov

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

  I, Elisabeth H. Carter, hereby certify that on January 13, 2025, I electronically filed the foregoing FRAP 28(j) letter with the Clerk of the Court of the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF System. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

            /s/ *Elisabeth H. Carter*
            ELISABETH H. CARTER