# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1157**            **September Term, 2024**

EPA-88FR36654

**Filed On:** January 13, 2025

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

       Petitioner

       v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

       Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
           Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

       **BEFORE:**     Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motions to govern and the responses thereto, it is

**ORDERED** that these consolidated cases be returned to the court's active docket. It is

**FURTHER ORDERED** that the following briefing format and schedule will apply in these cases:

| | |
|---|---|
| Supplemental Brief of Petitioners Indiana, Nevada, Ohio, Utah, West Virginia, Kentucky, and the Kentucky Energy and Environment Cabinet (not to exceed 3,000 words) | February 3, 2025 |
| Supplemental Brief of Industry Petitioners (not to exceed 3,000 words) | February 3, 2025 |
| Supplemental Brief of Respondent EPA (not to exceed 6,000 words) | February 24, 2025 |
| Supplemental Brief of Environmental Groups and Government Intervenors (not to exceed 3,000 words) | February 24, 2025 |
| Supplemental Reply Brief of Petitioners Indiana, Nevada, Ohio, Utah, West Virginia, Kentucky, and the Kentucky Energy and Environment Cabinet (not to exceed 1,500 words) | March 6, 2025 |
| Supplemental Reply Brief of Industry Petitioners (not to exceed 1,500 words) | March 6, 2025 |

**<u>Per Curiam</u>**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk