# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Respondents. | Case No. 23-1157 (and consolidated cases) |

## NOTICE OF WITHDRAWAL

Please take notice that Eric D. McArthur withdraws as counsel for Petitioners Interstate Natural Gas Association of America and American Petroleum Institute in these consolidated cases. Samuel B. Boxerman, Kathleen Mueller, and Jeremy D. Rozansky will continue to represent Petitioners Interstate Natural Gas Association of America and American Petroleum Institute.

Dated: January 27, 2025

Respectfully submitted,

/s/ Eric D. McArthur
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW

Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioners Interstate Natural Gas Association of America and American Petroleum Institute*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2025, I caused the foregoing Notice of Withdrawal to be electronically filed with the Clerk of the U.S. Court of Appeals for the D.C. Circuit by using the Court's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 27, 2025

Respectfully submitted,

/s/ Eric D. McArthur
Eric D. McArthur

*Counsel for Petitioners Interstate Natural Gas Association of America and American Petroleum Institute*