# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**  **September Term, 2024**

**EPA-88FR36654**

**Filed On: January 31, 2025** [2097950]

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

       Petitioner

       v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. EPA,

       Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
       Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

## O R D E R

      Upon consideration of industry petitioners' joint unopposed motion for leave to file a supplemental joint appendix, it is

      **ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental joint appendix.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

                 BY:   /s/
                         Louis Karl Fisher
                         Deputy Clerk