

U.S. Department of Justice

Environment and Natural Resources Division

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-2219*
*Facsimile (202) 514-8865*

February 11, 2025

Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

    Re:    Filing of Respondents in *State of Utah, et al. v. United States Environmental Protection Agency, et al.*, Case No. 23-1157 (D.C. Cir.) (and consolidated cases).

Dear Clerk of Court,

Pursuant to Circuit Rules 27(b) and 32(d)(2), enclosed please find four paper copies of Respondents' Motion to Extend Briefing Deadline, ECF 2099909, filed in the above captioned consolidated cases.

Sincerely,

s/ *Zoe B. Palenik*
ZOE B. PALENIK
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 353-5625
Zoe.Palenik@usdoj.gov

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 12 2025

RECEIVED