ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF UTAH, ET AL.,

    *Petitioners*,

    v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

    *Respondents*.

Case No. 23-1157 and consolidated cases

## RESPONDENTS' REPLY IN SUPPORT OF MOTION TO EXTEND BRIEFING SCHEDULE

On February 6 and February 10, 2025, Respondents the United States Environmental Protection Agency and Administrator Lee Zeldin (collectively "EPA") moved the Court to hold this matter in abeyance for 60 days or, alternatively, extend EPA's February 24, 2025, briefing deadline by 30 days. Both requests were partially opposed. In their opposition, Public Interest Respondent-Intervenors and Petitioner-Intervenor Sierra Club instead proposed a staggered 10-day extension of the briefing deadlines.[1] ECF 2100349 at 4-5. For the reasons set forth in EPA's Motion to Hold the Consolidated Cases in Abeyance, ECF

---

[1] State and Local Government Respondent-Intervenors likewise proposed the same extension, which EPA reflected in its Extension Motion. ECF 2099909 at 2.

1

2099213, EPA respectfully requests a 60-day abeyance to allow new Agency leadership to review the underlying Rule. In the alternative, EPA continues to request a 30-day extension of its briefing deadline.

The alternative 10-day proposal is not workable. The current February 24, 2025, deadline for EPA to file its supplemental brief comes less than one month after the Administrator's confirmation. EPA has already begun the process of briefing new leadership on the Good Neighbor Plan and intends to obtain direction from new leadership concerning the issues raised in Petitioners' supplemental briefs as quickly as possible. However, given the sheer volume of Clean Air Act matters on which new EPA leadership needs briefing, the March 6, 2025, deadline for EPA's supplemental brief that Public Interest Respondent-Intervenors and Petitioner-Intervenor Sierra Club endorse would not provide EPA and the Department of Justice ("DOJ") sufficient time to internally brief or allow for drafting as well as review of such filing by EPA and DOJ management. A 30-day extension request is the shortest amount of time EPA would need to be reasonably prepared to provide a supplemental brief fully vetted by new EPA leadership. EPA's extension request is therefore narrowly tailored.

Moreover, the alternative proposal moves the briefing deadline for Public Interest and State and Local Government Intervenors from February 24, 2025—the same as EPA's current deadline—to March 17, 2025. Although this timing

provides these intervenors the same 10 days to respond to EPA's brief as EPA would have in its response to Petitioners, it provides an additional 20 days for their response to Petitioners. This is an imbalance not contemplated in the Court's supplemental briefing schedule.

For these reasons, and those stated in EPA's motion to extend the briefing deadline, the Court should extend EPA's February 24, 2025, briefing deadline by 30 days, to March 26, 2025, if EPA's abeyance request is not granted.

Respectfully submitted,

LISA LYNNE RUSSELL
   *Deputy Assistant Attorney General*

*Of Counsel:*
DANIEL SCHRAMM
KYLE DURCH
   Office of the General Counsel
   U.S. Environmental Protection Agency
   Washington, D.C.

*s/ Zoe B. Palenik*
ZOE B. PALENIK
   Environmental Defense Section
   Environment and Natural Resources Division
   U.S. Department of Justice
   P.O. Box 7611
   Washington, D.C. 20044
   (202) 353-5625
   Zoe.Palenik@usdoj.gov

February 14, 2025

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(C) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 424 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: February 14, 2025

s/ <em>Zoe B. Palenik</em><br>ZOE B. PALENIK

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I filed the foregoing Respondents' Reply in Support of Motion to Extend Briefing Schedule with the Court's CM/ECF system, which will electronically serve counsel for the parties to these consolidated cases.

Dated: February 14, 2025

s/ <em>Zoe B. Palenik</em><br>ZOE B. PALENIK