No. 23-1157 September Term, 2024

EPA-88FR36654

Filed On: February 21, 2025

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

  v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

**BEFORE:** Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to hold these cases in abeyance and the oppositions thereto; and the motion to extend the time to file a supplemental brief, the opposition thereto, and the reply, it is

**ORDERED** that the motion to hold these cases in abeyance be denied. It is

**FURTHER ORDERED** that the following briefing schedule will apply in these cases:

| | |
|---|---|
| Supplemental Brief of Respondent EPA | March 10, 2025 |
| Supplemental Brief of Environmental Groups and Government Intervenors | March 17, 2025 |
| Supplemental Reply Brief of Petitioners Indiana, Nevada, Ohio, Utah, West Virginia, Kentucky, and the Kentucky Energy and Environment Cabinet | March 27, 2025 |
| Supplemental Reply Brief of Industry Petitioners | March 27, 2025 |

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk