ORAL ARGUMENT SCHEDULED FOR APRIL 25, 2025

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 23-1157 and consolidated cases |
| U.S. STEEL CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 24-1172 and consolidated case |

**RESPONDENTS' ORAL ARGUMENT PROPOSAL**

Respondents the United States Environmental Protection Agency and Administrator Lee Zeldin (collectively "EPA") respectfully submit the following proposal in response to the Clerk's March 3, 2025, Letter. ECF No. 2103581. In brief, EPA reiterates its request that the Court continue the oral argument currently set for April 25, 2025, and hold these cases in abeyance pending EPA's

1

reconsideration of the Good Neighbor Plan.  ECF No. 2104881.[1]  If oral argument proceeds and the Court has not yet acted on the pending Motion for Remand, EPA requests 10 minutes to defend its requested remand in *Utah v. EPA*, No. 23-1157, and 5 minutes to address the impact of the requested remand in *U.S. Steel v. EPA*, No. 24-1172.  EPA cannot opine on the merits of many of the issues Petitioners have raised against the Good Neighbor Plan at this time.

 EPA understands that State and Industry Petitioners (excluding the State of Wisconsin) and Respondent-Intervenor Midwest Ozone Group have filed a proposal in *Utah*, Case No. 23-1157, and that Respondent-Intervenors (excluding Midwest Ozone Group), Wisconsin as Petitioner, and Sierra Club as Petitioner-Intervenor will be filing a separate proposal.  Additionally, EPA understands that Petitioners in *U.S. Steel* will be filing a proposal specific to *U.S. Steel*.

 In support of its proposal, EPA states the following:

 1. On February 24th, *Utah v. EPA* and *U.S. Steel v. EPA* were set for argument in late April.  ECF No. 2102328; No. 24-1172, ECF No. 2102329.  Two weeks after that Order, EPA filed a Motion for Remand, ECF No. 2104881, and included a declaration describing the anticipated timeline and focus of EPA's reconsideration of the Good Neighbor Plan.  *See id.*, Tardif Decl. ¶¶ 18-21.  EPA also filed a Supplemental Brief reiterating its requested remand and otherwise

---

[1] All ECF numbers refer to the docket of *Utah v. EPA*, No. 23-1157, unless noted.

taking no position in response to the Supplemental Briefs filed by State and Industry Petitioners.  ECF No. 2104882.  EPA's Motion For Remand will be fully briefed by March 27th.

    2.    To begin, EPA reiterates its request that the Court continue oral argument and hold these cases in abeyance.  *See* ECF No. 2104881 at 10.  Because EPA has decided to reconsider the Good Neighbor Plan, it cannot now offer positions on many of the issues briefed by the parties without pre-judging that reconsideration process.  And because EPA cannot take a position on these issues, counsel for EPA will not be able to offer the agency's position on many of the disputed issues at oral argument.

    3.    This rationale applies to both the *Utah* and *U.S. Steel* cases.  While the Good Neighbor Plan itself is at issue in *Utah v. EPA*, there is also no reason for the Court to hear argument on EPA' Partial Denial of Reconsideration challenged in *U.S. Steel*, which covers certain, similar topics.  Given that EPA is reconsidering the Good Neighbor Plan, no purpose would be served in adjudicating whether its previous partial denial of reconsideration of the same Rule was lawful or appropriate.

    4.    In the event that the Court has not acted on EPA's Motion to Remand before the currently scheduled April 25th argument, EPA requests ten minutes of argument time in *Utah* to defend its requested remand and five minutes in *U.S.*

3

*Steel* address the impact of the remand on those cases. Because Respondent-Intervenors (except Midwest Ozone Group) opposed EPA's Motion to Remand, EPA opposes allocating any of its requested time to Respondent-Intervenors.

5. Sarah Buckley and/or Zoe Palenik will present oral argument on behalf of EPA in *Utah* and *U.S Steel*.

6. In response to potential other proposals for oral argument, EPA disagrees that argument on the merits in either *Utah* or *U.S. Steel* is appropriate at this time, whether by Petitioners, Petitioner-Intervenors, or Respondent-Intervenors, because of the ongoing reconsideration process.

For the reasons above, the Court should continue oral argument. In the alternative, the Court should allocate EPA ten minutes of argument time to defend its Motion for Remand in *Utah* and five minutes in *U.S. Steel*.

Respectfully submitted,

DATED: March 25, 2025

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

Of Counsel:

DANIEL SCHRAMM
KYLE DURCH
U.S. Environmental Protection Agency

/s/ *Zoe B. Palenik*
ZOE B. PALENIK
SARAH BUCKLEY
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

                    202-353-5625
                    zoe.palenik@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 669 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:       March 25, 2025

/s/ *Zoe B. Palenik*
ZOE B. PALENIK

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I filed the foregoing Respondents' Oral Argument Proposal with the Court's CM/ECF system, which will electronically serve counsel for the parties in *Utah v. EPA*, No. 23-1157 (and the consolidated cases) and *U.S. Steel, v. EPA*, No. 24-1172 (and the consolidated case).

Dated:    March 25, 2025

/s/ *Zoe B. Palenik*
ZOE B. PALENIK