# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2024** |
| | EPA-88FR36654 |
| | **Filed On: April 14, 2025** |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. EPA,

      Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
      Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1157**  **September Term, 2024**

**No. 24-1172**

EPA-89FR23526

United States Steel Corporation,

    Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Air Alliance Houston, et al.,
    Intervenors
------------------------------

Consolidated with 24-1176

**No. 25-1054**

EPA-89FR99105

Kinder Morgan, Inc., et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 25-1055, 25-1057

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1157**                              **September Term, 2024**

**BEFORE:**    Wilkins, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of respondents' motion for remand in No. 23-1157, et al., the responses thereto, and the reply; respondents' renewed motion in No. 24-1172, et al. to hold consolidated cases in abeyance; respondents' motion in No. 25-1054, et al. for consolidation with No. 23-1157, et al., the oppositions thereto, and the reply; and movant-intervenors' motion to dismiss No. 25-1054, et al. for lack of jurisdiction, the opposition thereto, and the reply, it is

**ORDERED** that the motion to consolidate No. 25-1054, et al. with No. 23-1157, et al. be granted. It is

**FURTHER ORDERED** that these cases be removed from the April 25, 2025 oral argument calendar and held in abeyance pending further order of the court.[1] It is

**FURTHER ORDERED** that consideration of the motion to dismiss No. 25-1054, et al. for lack of jurisdiction be deferred pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning July 14, 2025.

The parties are further directed to file motions to govern further proceedings within 30 days of the agency's completion of its review of the rule challenged in No. 23-1157, et al.

The panel will retain jurisdiction over the related appeals until further notice.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                             BY:     /s/
                                        Scott H. Atchue
                                        Deputy Clerk

---

[1] The reasons for this order will be issued at a later date.