# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-1157** | **September Term, 2025** |
| | EPA-89FR23526 |
| | EPA-89FR99105 |
| | EPA-88FR36654 |
| | **Filed On: October 14, 2025** [2140118] |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. EPA,

    Respondents

------------------------------

City Utilities of Springfield, Missouri, et al.,
    Intervenors

------------------------------

Consolidated with 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1200, 23-1201, 23-1202, 23-1203, 23-1205, 23-1206, 23-1207, 23-1208, 23-1209, 23-1211, 23-1306, 23-1307, 23-1314, 23-1315, 23-1316, 23-1317, 25-1054, 25-1055, 25-1057

**No. 24-1172**

    EPA-89FR23526

United States Steel Corporation,

    Petitioner

    v.

Environmental Protection Agency and

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1157**                                            **September Term, 2025**

Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Air Alliance Houston, et al.,
                 Intervenors

------------------------------

Consolidated with 24-1176

    **BEFORE:**   Wilkins, Rao, and Walker, Circuit Judges

## O R D E R

    Upon consideration of the unopposed motions for extension of the status report deadlines in light of the lapse of appropriations, it is

    **ORDERED** that the motion be granted. The parties are directed to file the next status report within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

           BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk