ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF UTAH,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 23-1157 and consolidated cases |
| U.S. STEEL CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 24-1172 and consolidated case |

**STATUS REPORT**

Respondents United States Environmental Protection Agency and Administrator Lee Zeldin (EPA) respectfully submit this Status Report pursuant to this Court's April 14, 2025 Order. ECF No. 2111018 (Apr. 14, 2025).

1. Both *Utah v. EPA* and *U.S. Steel v. EPA* concern the *Federal Good Neighbor Plan for the 2015 Ozone National Ambient Air Quality Standards*, 88 Fed. Reg. 36654 (June 5, 2023) (Good Neighbor Plan or Rule). The Good Neighbor Plan addresses certain States' interstate transport, or "good neighbor," obligations under 42 U.S.C. § 7410(a)(2)(D)(i)(I) with respect to the 2015 national ambient air quality standard for ozone. Petitioners in *Utah v. EPA* challenge the Rule itself. Petitioners in *U.S. Steel v. EPA* challenge EPA's partial denial of their administrative petitions for reconsideration of the Rule, *Partial Denial of Petitions for Reconsideration: Federal "Good Neighbor Plan" for the 2015 Ozone National Ambient Air Quality Standards*, 89 Fed. Reg. 23526 (Apr. 4, 2024). Though these cases were not consolidated, the Court ordered them set for argument before the same panel on the same day. ECF No. 2067416.[1]

2. As promulgated, the Good Neighbor Plan contained federal implementation plans (FIPs) for certain covered sources of nitrogen oxide emissions in 23 States. *See* 88 Fed. Reg. at 36656. EPA's authority to implement FIPs for each of those 23 States hinged on findings that those States had failed to submit state implementation plans (SIPs), or on EPA's disapproval of submitted SIPs. In light of judicial stays of a predicate action disapproving several SIPs, the Good Neighbor Plan was initially stayed for 12 States and then stayed as to all

[1] ECF numbers refer to the docket of *Utah v. EPA*, No. 23-1157, unless noted.

remaining States following the Supreme Court's decision in *Ohio v. EPA*, 603 U.S. 279 (2024); *see* 89 Fed. Reg. 87960 (Nov. 6, 2024).

3. On March 10, 2025, EPA filed a motion requesting remand without vacatur, explaining that EPA had decided to reconsider the Good Neighbor Plan and that any changes to the Rule would be made through notice-and-comment rulemaking. *See* ECF No. 2104881 at 5. That Motion additionally requested that the Court retain jurisdiction and hold the consolidated cases in abeyance pending EPA's reconsideration of the Rule. *Id.* On April 9, 2025, EPA filed a renewed motion for abeyance in *U.S. Steel v. EPA*, citing its decision to reconsider the Good Neighbor Plan. No. 24-1172, ECF No. 2110095.

4. On April 14, 2025, the Court placed both *Utah v. EPA* and *U.S. Steel v. EPA* in abeyance, ordering the parties to submit status reports every 90 days. ECF No. 2111018.

5. EPA is reconsidering its disapproval of various States' good neighbor SIP submissions in two phases.

6. As part of Phase I, EPA has proposed to approve good neighbor SIP submissions from eight States. "Interstate Transport Plan Review for the 2015 Ozone NAAQS," 91 Fed. Reg. 4026 (Jan. 30, 2026). The public comment period ended March 23, 2026. *See* 91 Fed. Reg. 10360 (March 3, 2026). EPA is now in the process of drafting a final rule for Phase I and responding to significant public

comments. As explained in its February 23, 2026 status report, when EPA has completed drafting the final rule, it will send the final rule to the Office of Management and Budget for interagency review. EPA anticipates completing these processes and signing a final rule for Phase I by the end of 2026. ECF No. 2160508; Szabo Decl. (Aug. 22, 2026) ¶ 21, attached as Exhibit 1.

7. The Phase II rulemaking will include EPA's reconsideration of the Good Neighbor Plan as well as other states' SIP submissions. Szabo Decl. ¶ 22. EPA has updated its timing estimates for Phase II. *Id.* ¶¶ 24-27. EPA now anticipates issuing a proposal for Phase II by the end of 2026 and issuing a final rule or rules by the summer of 2027. *Id.* ¶ 28.

8. EPA will provide subsequent updates to the Court at 90-day intervals.

DATED: August 24, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ Alex J. Hardee
ALEX J. HARDEE
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-5105
alex.hardee@usdoj.gov

*Of counsel:*

DANIEL SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I filed a copy of the foregoing Status Report with the Clerk of Court using the CM/ECF system, which will cause a copy to be served electronically on all counsel of record registered to use the CM/ECF system.

*/s/ Alex J. Hardee*
ALEX J. HARDEE